

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Simone Sanders )
_____ )
_____ )
 )  1:25-cv-11317
 )  Judge: Robert W. Gettleman
 )  Magistrate Judge: Jeffrey T. Gilbert
 )  RANDOM / CAT 2
Plaintiff(s), ) Case Number: _____
 )
v. Silver Cross Hospital )
Hilarie Carhill )
Defendant(s). Stephanie Lilly )
Thomas Koessl )

**RECEIVED**
SEP 18 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Simone Sanders__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Silver Cross Hospital, Hilarie Carhill, Stephanie Lilly, and Thomas Koessl__, whose street address is __Williams, Bax, and Saltzman, P.C.  Silver Cross Hospital  Williams, Bax, Saltzman 221 N LaSalle ST STE 3700  1900 Silver Cross Blvd.  221 N LaSalle St STE Chicago, IL 60601  New Lenox, IL 60451  Chicago, IL 60601  3700__
(city) __Chicago/New Lenox__ (county) __Cook/Will__ (state) __IL__ (ZIP) __60601/60451__
(Defendant's telephone number) (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) __1900 Silver Cross Blvd.__ (city) __New Lenox__
(county) __Will__ (state) __IL__ (ZIP code) __60451__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 2 , (day) 25 , (year) 24 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about

   (month) 5 (day) 8 (year) 24 .

   (ii) ☒ the Illinois Department of Human Rights, on or about

   (month) 7 (day) 16 (year) 25 .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)____6_____ (day)__23__ (year)__25__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☒ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ failed to stop harassment;
    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I requested accommodations to breastpump during work hours while employed as an ICU agency RN at Silver Cross Hospital. Instead of receiving the necessary support, I was placed on a "do not return" list by my supervisor, Sonia DuCharm. This action was taken without justification and was a direct result of my breast pumping needs. It's important to note that my performance → see add'tl page

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): reasonably accommodate plaintiff's lost wages, damages for emotional distress, legal fees, and punitive damages.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Simone Sanders_
(Plaintiff's signature)

_Simone Sanders_
(Plaintiff's name)

_10137 Alice Ct_
(Plaintiff's street address)

(City) _Oak Lawn_ (State) _IL_ (ZIP) _60453_

(Plaintiff's telephone number) (773) - _812-1240_

Date: _9/18/25_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

13. Continued: evaluation, which was extremely satisfactory, was conducted by the ICU manager, Sonia Ducharm, prior to my request for accommodations. I have supporting documentation that includes:

- Pay stubs showing perfect attendance throughout my entire contract.
- The aforementioned performance evaluation
- Emails between myself and the staffing agency representing the hospital, which contain several contradictory claims and explanations regarding my situation.
- My placement agreements

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION
JUL 16 2025
RECEIVED
BY:

440EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form

| Charge Presented To | Agency(ies) Charge No(s) |
|---|---|
| ☐ FEPA | 260716036 |
| ☒ EEOC | 2024CR3776 |

Illinois Department of Human Rights
*State or local Agency, if any*
and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Simone Sanders | (773) 812-1240 | 06-05-91 |

Street Address: 10137 Alice Court
City, State and ZIP Code: Oak Lawn, IL 60453

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Silver Cross Hospital | 15+ | (815) 300-1100 |

Street Address: 1900 Silver Cross Blvd
City, State and ZIP Code: New Lenox, IL 60451

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/25/24   Latest: 03/04/24
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Simone Sanders, was qualified for and applied for a cardiac ICU RN nurse role (the "Job") with Silver Cross Hospital ("Respondent") involving joint employment with Nomad Health, Inc. I previously performed work at Silver Cross Hospital in 2021 and 2023 through different employment agencies, and I did so without receiving any discipline and my performance met or exceeded reasonable job expectations. These work placements ended. Then in 2024 I applied for the Job and was rejected, and an incident was cited as the reason for my rejection. I had never received any discipline for my work with Silver Cross Hospital. I do, however, recall being involved in a situation where I had requested a room to breast pump, and Respondent placed me in a conference room to do so, and then shortly thereafter other individuals attempted to enter the room and I overheard them complaining about me being there. The nurse educator for Silver Cross Hospital's orientation knocked on the door and hurried me to complete pumping. Later that day, she asked me if I should be working at this time. I did nothing wrong in this situation. I complained to Respondent's agent about this to no avail. I have been discriminated against on the basis of my sex/gender and/or pregnancy, in violation of Title VII, the Pregnant Workers Fairness Act and the Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/8/24
Charging Party Signature: *[signed]*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief
SIGNATURE OF COMPLAINANT: *[signed]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 05/08/2024

IL/COOK

Official Seal
Kelly O'Shea
Notary Public State of Illinois
My Commission Expires 3/21/2027

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/23/2025

**To:** Ms. Simone Sanders
10137 Alice Court
Oak Lawn, IL 60453
Charge No: 440-2024-07937

**EEOC Representative and email:** SETH BROWN
Investigator
seth.brown@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-07937.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
06/23/2025
Amrith Kaur Aakre
District Director

**Cc:**
Incident Location
Silver Cross Hospital
1900 Silver Cross Blvd
New Lenox, IL 60451

Hilarie Carhill
Williams, Bax & Saltzman, P.C.
221 N LA SALLE ST STE 3700
Chicago, IL 60601

Stephanie Lilly
Silver Cross Hospital
1900 Silver Cross Blvd.
New Lenox, IL 60451

Thomas Koessl
Williams, Bax, and Saltzman
221 NORTH LASALLE STREET SUITE 3700
Chicago, IL 60601

**Please retain this notice for your records.**